# No. 23-30572

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**ANTHONY COWART**
*Plaintiff - Appellee*
v.
**ISAIAH SHANNON, OFFICER**
*Defendant - Appellant*

## ON APPEAL FROM THE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

**Civil Action No. 2:22-CV-631**

## UNOPPOSED MOTION TO SUSPEND BRIEFING SCHEDULE

SUBMITTED BY:

**C. THEODORE ALPAUGH, III (#02430)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-3157
Telephone:  (504) 529-4141
Facsimile:  (504) 561-0326
Email:  cta@gustebarnett.com

**COUNSEL FOR DEFENDANT-APPELLANT, ANTHONY COWART**

# **CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of 5ᵗʰ CIR Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. Anthony Cowart, *Plaintiff -Appellee* - DECEASED

2. Hollis Shepherd, *Counsel to Plaintiff-Appellee*

3. David A. Capasso, *Counsel to Plaintiffs-Appellee*

4. Isaiah Shannon, *Defendant-Appellant*

5. C. Theodore Alpaugh, III, Guste, Barnett, Schlesinger & Alpaugh, L.L.P., *Counsel to Defendant-Appellant*

6. City of New Orleans, *Defendant (Dismissed)*

7. Mark Daniel Macnamara, *City of New Orleans Law Department, Counsel to the City of New Orleans (Dismissed)*

                                                      */s/ C. Theodore Alpaugh, III*
                                                      C. Theodore Alpaugh, III
                                                      *Counsel for Defendant-Appellant*

## **UNOPPOSED MOTION TO SUSPEND BRIEFING SCHEDULE**

**NOW COMES** Appellant, Isaiah Shannon, and upon representing to this Honorable Court that Appellee, Anthony Cowart, died on March 24, 2023; and upon further suggesting that Appellant's Original brief is due to this Honorable Court on October 10, 2023; and upon further suggesting to this Honorable Court that Appellant filed a Suggestion of Death of Appellee, Anthony Cowart (Rec. Doc. 12-1); and upon further suggesting that counsel for Appellee has today been instructed to advise this Honorable Court regarding further proceedings, *vel non*, in this matter (rec. Doc. 12-2); and upon further suggesting to this Honorable Court that the briefing schedule herein should be suspended until such time as counsel for Appellee responds to this Honorable Court's instructions issued today;

**HEREBY MOVES** this Honorable Court to suspend the briefing schedule herein until such time as counsel for Appellee responds to this Honorable Court's instructions issued today.

Respectfully submitted:

*/s/ C. Theodore Alpaugh, III*

**C. THEODORE ALPAUGH, III (#02430)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-3157
Telephone:  (504) 529-4141
Facsimile:  (504) 561-0326
Email:       cta@gustebarnett.com

**COUNSEL FOR DEFENDANT-APPELLANT, ISAIAH SHANNON**

### CERTIFICATE OF CONFERENCE

I do hereby certify that pursuant to Local Rule 27.4 I contacted counsel for Appellee who advises that he has no opposition to this Motion.

*/s/ C. Theodore Alpaugh, III*

**C. THEODORE ALPAUGH, III (#02430)**
**COUNSEL FOR DEFENDANT-APPELLANT, ISAIAH SHANNON**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 4th day of October, 2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including counsel for Appellee.

*/s/ C. Theodore Alpaugh, III*
**C. THEODORE ALPAUGH, III (#02430)
COUNSEL FOR DEFENDANT-APPELLANT,
ISAIAH SHANNON**