# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 21, 2024
Lyle W. Cayce
Clerk

No. 23-30572

―――――――――――

Anthony Cowart,

*Plaintiff—Appellee*,

*versus*

Isaiah Shannon, *Officer*,

*Defendant—Appellant*.

―――――――――――――――――――――――――――

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-631

―――――――――――――――――――――――――――

UNPUBLISHED ORDER

Before Elrod, Southwick, and Haynes, *Circuit Judges*.

Per Curiam:

  Following the Suggestion of Death of Anthony Cowart, no proper party was substituted. The district court thus dismissed the case as moot. Accordingly,

  IT IS ORDERED that we AFFIRM the district court's dismissal and DISMISS the merits of the appeal.